# Commonwealth *v.* Snyder, Appellant.

Argued Jan. 10, 1910. Appeal, No. 5, May T., 1910, by defendant, from judgment of Superior Court, March T., 1909, No. 13, affirming judgment of Court of Quarter Sessions of Dauphin Co., Sept. Sessions, 1907, No. 239, in case of Commonwealth of Pennsylvania v. John H. Sanderson, Joseph M. Huston, James M. Shumaker, William P. Snyder and William

L. Mathues. Before FELL, C. J., BROWN, MESTREZAT, POTTER, ELKIN, STEWART and MOSCHZISKER, JJ. Affirmed.

Appeal by defendant from a judgment and sentence upon an indictment charging conspiracy to defraud the state of Pennsylvania.

The facts and the report of this case will be found in 40 Pa. Superior Ct. 485.

*Alex. Simpson, Jr.,* and *Lyman D. Gilbert,* for appellant.

*James E. B. Cunningham,* deputy attorney general, and *D. T. Watson,* with them *John Fox Weiss,* district attorney, *John E. Fox, James Scarlet* and *M. Hampton Todd,* attorney general, for appellee.

PER CURIAM, March 7, 1910:

A majority of the court are of opinion that the judgment appealed from should be affirmed on the opinion of the Superior Court.

Judgment affirmed.